UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL ESTES,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:21-cv-00338-MMD-CSD<br><br>ORDER |

Good cause appearing, it is hereby ordered that Respondents' first motion for enlargement of time (ECF No. 10) is granted. Respondents have until March 4, 2022, to answer or otherwise respond to Petitioner Michael Estes's petition for writ of habeas corpus.

DATED THIS 27th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE